643 A.2d 673

**Shawn L. INK, and Michael S. Sensenich, Appellants,**

v.

**GENERAL PUBLIC UTILITIES CORPORATION, Metropolitan Edison Company, Pennsylvania Power & Light Company, S.J. Ball Construction Co., Ball Builders, Inc., New Home Financial Services, Inc., Theodore and Edith Ludwig, husband and wife, Spring Township, Alum–A–Pole Corporation, and H.A. Building Products of Williamsport, Inc., t/a H.A. Building Products, Appellees.**

Supreme Court of Pennsylvania.

Submitted March 2, 1994.

Decided June 30, 1994.

Richard L. Schuster, West Chester, for appellants.

C. Kent Price, Harrisburg, for H.A. Bldg. Products.

Charles W. Craven, Philadelphia, for Alum–A–Pole Corp.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.*

---

* Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice Larsen, see No. 127 Judicial Administrative Docket No. 1, filed October 28, 1993.